THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JILL ALEXANDER, an individual,<br><br>           Plaintiff,<br><br>     v.<br><br>BOEING COMMERCIAL SPACE COMPANY, a corporation doing business in the State of Washington,<br><br>           Defendant. | No. 2:13-cv-1369-RAJ<br><br>[PROPOSED] ORDER GRANTING DEFENDANT BOEING'S MOTION FOR SUMMARY JUDGMENT |

This matter came before the Court on defendant's above-referenced motion for summary judgment. The Court has considered defendant's motion and supporting papers and papers submitted in opposition and reply. Deeming itself fully advised, the Court hereby ORDERS that Defendant's motion for summary judgment is GRANTED.

DATED: _____, 2014.

_____
THE HONORABLE RICHARD A. JONES

[PROPOSED] ORDER GRANTING DEFENDANT BOEING'S MOTION FOR SUMMARY JUDGMENT (No. 2:13-cv-1369-RAJ)
03002-1688/LEGAL28921970.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Presented by:

**PERKINS COIE LLP**

By: *s/ James Sanders*
By: *s/ Zachary P. Jones*
James Sanders #24565
Zachary P. Jones #44557
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

[PROPOSED] ORDER GRANTING
DEFENDANT BOEING'S MOTION FOR
SUMMARY JUDGMENT (No. 2:13-cv-1369-RAJ)

03002-1688/LEGAL28921970.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

# CERTIFICATE OF SERVICE

On April 17, 2014, I caused to be served upon counsel of record, at the address stated below, via the method of service indicated, a true and correct copy of the following document:

**[PROPOSED] ORDER GRANTING DEFENDANT BOEING'S MOTION FOR SUMMARY JUDGMENT**

| | |
|---|---|
| Reba Weiss, WSBA #12876<br>Andrea Scheele, WSBA #36773<br>Teller & Associates<br>1139 34th Avenue, Suite B<br>Seattle, WA  98122<br>reba@stellerlaw.com<br>AndreaS@stellerlaw.com<br>Tel. (206) 324-8969<br>Fax (206) 860-3172 | ____ Via Hand Delivery<br>____ Via U.S. Mail, 1st Class, Postage Prepaid<br>____ Via Overnight Delivery<br>____ Via Email<br>__X__ Via E-filing |

Attorneys for Plaintiff

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED at Seattle, Washington, this 17th day of April, 2014.

*s/ Breanne Buckley*
Breanne Buckley
Legal Secretary

CERTIFICATE OF SERVICE  (No. 2:13-cv-1369-RAJ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-1688/LEGAL28921970.1