THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JILL ALEXANDER, an individual, | No. 2:13-cv-1369-RAJ |
| Plaintiff, | PRAECIPE |
| v. | |
| THE BOEING COMPANY, a corporation doing business in the State of Washington, | |
| Defendant. | |

The undersigned attorneys for Defendant The Boeing Company request that the attached Declaration of James Sanders in Support of Boeing's Motion to Compel and Exhibits Part 1 and 2 be substituted for Dkt No. 36. Boeing's Motion to Compel was inadvertently filed twice on April 18, 2014, and the duplicate document (Dkt 36) should be replaced with the attached.

DATED: April 21, 2014

By: *s/ James Sanders*
By: *s/ Zachary P. Jones*
James Sanders #24565
Zachary P. Jones #44557
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: JSanders@perkinscoie.com
ZJones@perkinscoie.com
Attorneys for Defendant The Boeing Company

PRAECIPE (No. 2:13-cv-1369-RAJ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

03002-1688/LEGAL120558076.1

# CERTIFICATE OF SERVICE

On April 21, 2014, I caused to be served upon counsel of record, at the address stated below, via the method of service indicated, a true and correct copy of the following document:

**PRAECIPE**

| | | |
|---|---|---|
| Reba Weiss, WSBA #12876 | ____ | Via Hand Delivery |
| Andrea Scheele, WSBA #36773 | ____ | Via U.S. Mail, 1st Class, Postage Prepaid |
| Teller & Associates | | |
| 1139 34th Avenue, Suite B | ____ | Via Overnight Delivery |
| Seattle, WA 98122 | ____ | Via Email |
| reba@stellerlaw.com | | |
| AndreaS@stellerlaw.com | **X** | Via E-filing |
| Tel. (206) 324-8969 | | |
| Fax (206) 860-3172 | | |

Attorneys for Plaintiff

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED at Seattle, Washington, this 21st day of April, 2014.

*s/ Janet Davenport*
Janet Davenport
Legal Secretary

---

CERTIFICATE OF SERVICE (No. 2:13-cv-1369-RAJ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

03002-1688/LEGAL120558076.1