Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JILL ALEXANDER, <br><br> Plaintiff, <br><br> v. <br><br> THE BOEING COMPANY, <br><br> Defendant. | No. C13-1369RAJ <br><br> ORDER RE: JUROR LUNCHES |

The Court hereby directs the Clerk of Court to pay for lunch that was provided to the 7-member jury in the above entitled action, which was in deliberations on August 26, 2014.

DATED this 26th day of August, 2014.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER RE: JUROR LUNCHES – 1