THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JILL ALEXANDER,

    Plaintiff,

v.

THE BOEING COMPANY,

    Defendant.

CASE NO. C13-1369RAJ

VERDICT FORM

We, the jury, answer the questions that the Court submitted as follows:

**QUESTION 1**

As set forth in the Court's instructions, do you find that Boeing discriminated against Ms. Alexander by terminating her employment on the basis of a disability?

YES \_\_\_\_

NO   **X**

*Please answer Question 2.*

1

## QUESTION 2

As set forth in the Court's instructions, do you find that Boeing discriminated against Ms. Alexander by failing to reasonably accommodate an impairment?

YES \_\_\_\_\_

NO   X

*If you answered "YES" to Questions 1 or 2, please answer Question 3. If you answered "NO" to Questions 1 and 2, do not answer Question 3, and skip to Question 4.*

## QUESTION 3

As set forth in the Court's instructions, what amount of damages do you find that Ms. Alexander has proven for her WLAD claim? Please provide a separate dollar amount for each item listed:

   A. Lost past earnings and benefits:     $_____

   B. Lost future earnings and benefits:     $_____

   C. Emotional harm:     $_____

## QUESTION 4

As set forth in the Court's instructions, do you find that Boeing interfered with Ms. Alexander's FMLA and WFMLA rights?

YES \_\_\_\_\_

NO   X

*If you answered "YES" to this question, please answer Question 5. If you answered "NO" to this question, do not answer Question 5.*

**QUESTION 5**

As set forth in the Court's instructions, what amount of damages do you find that Ms. Alexander has proven for her FMLA and WFMLA claim? Please provide a dollar amount for lost past earnings and benefits: $_____

*When you have completed this form, please sign and date it, and notify the Court that you have reached a verdict.*

Dated August 8/26, 2014.


_____
Signature of Presiding Juror

3