# United States District Court

WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JILL ALEXANDER,

    Plaintiff,

 v.

THE BOEING COMPANY,

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case No.   C13-1369RAJ

__X__  **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

____  **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Judgment is entered in favor of defendant.

Dated this 27th day of August, 2014.

                                      WILLIAM M. McCOOL
                                      Clerk

                                      s/ Rhonda Stiles
                                      Deputy Clerk