THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JILL ALEXANDER, an individual, | No. 2:13-cv-1369-RAJ |
| Plaintiff, | STIPULATION AND JOINT CASE CLOSURE REQUEST |
| v. | |
| THE BOEING COMPANY, a corporation doing business in the State of Washington, | |
| Defendant. | |

The parties, through their undersigned attorneys, hereby notify the Court and stipulate both that Plaintiff Jill Alexander waives her right to appeal the judgment and that Defendant The Boeing Company will not seek to recover its costs. The parties jointly request that the Court close the case.

STIPULATION AND JOINT CASE CLOSURE REQUEST (No. 2:13-cv-1369-RAJ) – 1

03002-1688/LEGAL123461382.1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

Dated: September 15, 2014

| | |
|---|---|
| By: *s/ James Sanders* <br> By: *s/ Zachary P. Jones* <br> James Sanders WSBA #24565 <br> Zachary P. Jones WSBA #44557 <br> **Perkins Coie LLP** <br> 1201 Third Avenue, Suite 4900 <br> Seattle, WA 98101-3099 <br> Telephone: 206.359.8000 <br> Facsimile: 206.359.9000 <br> Email: JSanders@perkinscoie.com <br> ZJones@perkinscoie.com <br><br> Attorneys for Defendant The Boeing Company | By: *s/ Reba Weiss* <br> By: *s/ Andrea Scheele* <br> Reba Weiss, WSBA #12876 <br> Andrea Scheele, WSBA #36773 <br> Teller & Associates <br> 1139 34th Avenue, Suite B <br> Seattle, WA 98122 <br> Reba@stellerlaw.com <br> AndreaS@stellerlaw.com <br> Sara@stellerlaw.com <br> Tel. (206) 324-8969 <br> Fax (206) 860-3172 <br><br> Attorneys for Plaintiff Jill Alexander |

STIPULATION AND JOINT CASE CLOSURE REQUEST
(No. 2:13-cv-1369-RAJ) – 2

03002-1688/LEGAL123461382.1
Perkins Coie LLP — 1201 Third Avenue, Suite 4900, Seattle, WA 98101-3099, Phone: 206.359.8000, Fax: 206.359.9000

**CERTIFICATE OF SERVICE**

On the date indicated below, I caused to be served upon counsel of record, at the address stated below, via the method of service indicated, a true and correct copy of the following document:

**STIPULATION AND JOINT CASE CLOSURE REQUEST**

| | |
|---|---|
| Reba Weiss, WSBA #12876<br>Andrea Scheele, WSBA #36773<br>Sara B. Amies, WSBA #36626<br>Teller & Associates<br>1139 34th Avenue, Suite B<br>Seattle, WA  98122<br>Reba@stellerlaw.com<br>AndreaS@stellerlaw.com<br>Sara@stellerlaw.com<br>Tel. (206) 324-8969<br>Fax (206) 860-3172 | ____ Via Hand Delivery<br>____ Via U.S. Mail, 1st Class, Postage Prepaid<br>____ Via Overnight Delivery<br>____ Via Email<br>**  X  ** Via E-filing |

Attorneys for Plaintiff

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED at Seattle, Washington, this 15th day of September, 2014.

/s/ *Julie DeShaw*
Julie DeShaw
Legal Secretary

CERTIFICATE OF SERVICE (No. 2:13-cv-1369-RAJ) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

03002-1688/LEGAL123461382.1